121 A.3d 985

COMMONWEALTH of Pennsylvania, Appellant

v.

Demetrius Aaron HARDY, Appellee.

Supreme Court of Pennsylvania.

Aug. 31, 2015.

620

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED.** *See Commonwealth v. Hopkins,* 632 Pa. 36, 117 A.3d 247 (2015).